IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02722-BNB

ANTHONY LAWRENCE GARCIA,

    Plaintiff,

v.

DR. WRIGHT, Centennial Correctional Facility Physician,
DR. WHITE, Buena Vista Correctional Complex Physician,
    Individually and in Their Official Capacities,

    Defendants.

## ORDER DRAWING CASE

Following review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED November 14, 2011, at Denver, Colorado.

                          BY THE COURT:

                          s/ Boyd N. Boland
                          United States Magistrate Judge