IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02722-CMA-KLM

ANTHONY LAWRENCE GARCIA,

    Plaintiff,

v.

DR. WRIGHT, individually and as a Centennial Correctional Facility physician, and
DR. WHITE, individually and as a Buena Vista Correctional Complex physician,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Clarify** [Docket No. 17; Filed November 29, 2011] (the "Motion"). Plaintiff, proceeding *pro se*, requests clarification pertaining to the service of the Summons and Complaint upon Defendants.

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**, and the Court clarifies for Plaintiff as follows. On November 16, 2011, Defendant White waived service [#8]. On December 18, 2011, the Summons was returned executed as to Defendant Wright [#18]. Plaintiff is therefore in compliance with the Court Order requiring service to be effected no later than December 23, 2011 [#14].

    Dated: December 19, 2011