IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02722-CMA-KLM

ANTHONY LAWRENCE GARCIA,

    Plaintiff,

v.

DR. WRIGHT, individually and as a Centennial Correctional Facility physician, and
DR. WHITE, individually and as a Buena Vista Correctional Complex physician,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Order to Have Marshals Serve Summons and Complaint** [Docket No. 24; Filed December 19, 2011] (the "Motion"). Plaintiff appears to have made this request before receiving confirmation from the Court that the Defendants have already either waived service or been served with the Summons and Complaint. *See Minute Order* [#26]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED as moot**.

    Dated: December 22, 2011