IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02722-CMA-KLM

ANTHONY LAWRENCE GARCIA,

    Plaintiff,

v.

DR. WRIGHT, individually and as a Centennial Correctional Facility physician, and
DR. WHITE, individually and as a Buena Vista Correctional Complex physician,

    Defendants.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Response to Scheduling Order** [Docket No. 39; Filed January 30, 2012] (the "Motion"). Plaintiff, who is incarcerated and is proceeding *pro se*, states that he does not understand how to fill out a scheduling order and he asks that he be permitted to orally answer the Court's questions regarding scheduling at the Scheduling Conference set for February 22, 2012 at 9:30 a.m.

    On January 17, 2012, the Court entered a Minute Order Setting Preliminary Scheduling Conference [#31]. In that Minute Order, the Court stated that the "parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2." Therefore, Plaintiff is not required to submit a proposed scheduling order to the Court prior to the Scheduling Conference. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#39] is **GRANTED**.

    Dated: February 1, 2012