IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02722-CMA-KLM

ANTHONY LAWRENCE GARCIA,

    Plaintiff,

v.

DR. WRIGHT, individually and as a Centennial Correctional Facility physician, and
DR. WHITE, individually and as a Buena Vista Correctional Complex physician,

    Defendants.

---

## MINUTE ORDER

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Forthwith Discovery Regarding Expert** [Docket No. 52; Filed April 16, 2012] (the "Motion").  Plaintiff is incarcerated and is proceeding *pro se*.  He seeks discovery from Defendants' expert witnesses, including their opinions, reports, information they relied on, and previous cases in which they have testified.  *See Motion* [#52] at 1-2.  Pursuant to Fed. R. Civ. P. 26(a)(2), Defendants are already required to disclose such information to Plaintiff, "at the times and in the sequence that the court orders."  Fed. R. Civ. P. 26(a)(2)(D).  On February 22, 2012, the Court ordered that each party shall designate affirmative expert witnesses on or before June 1, 2012 and that each party shall designate rebuttal experts on or before July 1, 2012.  *See Minute Entry* [#45] at 2.  Neither deadline has yet passed, and thus Defendants are under no obligation to have yet disclosed their expert witnesses, if any, to Plaintiff.  As such, Plaintiff's Motion is premature.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#52] is **DENIED WITHOUT PREJUDICE**.

    Dated:  April 19, 2012