IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02722-CMA-KLM

ANTHONY LAWRENCE GARCIA,

Plaintiff,

v.

DR. WRIGHT, individually and as a Centennial Correctional Facility physician, and
DR. WHITE, individually and as a Buena Vista Correctional Complex physician,

Defendants.

---

**MINUTE ORDER**

---

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Motion for Copies of Discovery** [Docket No. 74; July 25, 2012] (the "Motion"). Although Plaintiff proceeds in this matter *pro se*, he must comply with the same rules of procedure that govern other litigants. *See Green v. Dorrell*, 969 F.2d 915, 917 (10th Cir. 1992); *see also Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994). The Court may not order other parties to supply him with multiple copies of discovery or other litigation paperwork; rather, Plaintiff, despite proceeding *in forma pauperis* [#3], is responsible for making his own copies, which, in some instances, may include handwriting his own copies. *See Cole v. Pugh*, No. CIVA-06CV-01392-BNB, 2006 WL 3328195, at *2 (D. Colo. Nov. 15, 2006); *Hagan v. Credit Union of Am.*, No. 11-1131-JTM, 2011 WL 6739595, at *2 (D. Kan. Dec. 22, 2011). Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#74] is **DENIED**.

Dated: August 2, 2012