IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02722-CMA-KLM

ANTHONY LAWRENCE GARCIA,

    Plaintiff,

v.

DR. WRIGHT, individually and as a Centennial Correctional Facility physician, and
DR. WHITE, individually and as a Buena Vista Correctional Complex physician,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Enforcement** [Docket No. 108; Filed November 23, 2012] (the "Motion"). In the Motion, Plaintiff appears to seek an immediate ruling on his pending Dispositive Motions Requesting Trial Date or Summary Judgment [Docket No. 98; Filed October 3, 2012].[1]

    IT IS HEREBY **ORDERED** that the Motion [#108] is **DENIED**. A Recommendation on the pending dispositive motions [#98, #104] will issue in due course.

    Dated: November 26, 2012

---

[1] Although unclear, Plaintiff may be stating that Defendants failed to file a Response to his dispositive motion. The Court notes that Defendants timely filed a Response to Plaintiff's dispositive motion on October 24, 2012 [#102].