IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02722-CMA-KLM

ANTHONY LAWRENCE GARCIA,

    Plaintiff,

v.

DR. WRIGHT, individually and as a Centennial Correctional Facility physician, and
DR. WHITE, individually and as a Buena Vista Correctional Complex physician,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Request for Evidentiary Hearing** [Docket No. 86; Filed September 11, 2012]; on Plaintiff's **Motion for Appointment of Counsel** [Docket No. 97; Filed October 3, 2012]; on Plaintiff's **Dispositive Motions Requesting Trial Date or Summary Judgment** [Docket No. 98; Filed October 3, 2012]; and on Defendants' **Motion for Extension of Time to File Reply Brief in Support of Their Motion for Summary** [sic] [Docket No. 116; Filed December 31, 2012] (collectively, the "Motions"). On January 2, 2013, the Court issued a Recommendation [#117] that Defendants' Motion for Summary Judgment [#104] be granted and that Plaintiff's Complaint be dismissed without prejudice due to failure to exhaust administrative remedies. In light of the pending Recommendation,

    IT IS HEREBY **ORDERED** that the Motions [#86, #97, #98, #116] are **DENIED as moot**.

    Dated: January 3, 2013