IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02722-CMA-KLM

ANTHONY LAWRENCE GARCIA,

    Plaintiff,

v.

DR. WRIGHT, individually and as a Centennial Correctional Facility physician, and
DR. WHITE, individually and as a Buena Vista Correctional Complex physician,

    Defendants.
_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion Requesting a Court Order** [Docket No. 124; Filed January 25, 2013] (the "Motion"). Plaintiff avers that the copy of Defendants' Response to Plaintiff's Objection to the Recommendation of the United States Magistrate Judge (Doc. 117) was missing pages 2 and 4. He seeks a Court Order requiring Defendants to provide him with a complete copy. In the Response to the Motion, Defendants include a complete copy of the document at issue along with a certificate of service stating that this complete copy was mailed to Plaintiff on January 30, 2013. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#124] is **DENIED as moot**.

    Dated:  January 31, 2013